IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CV277

| | |
|---|---|
| F. BARRON STONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| DUKE ENERGY CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    This matter is before the court upon its own motion. On January 11, 2006, the Fourth Circuit vacated this court's Order of December 2, 2004 granting Defendant's Motion to Dismiss, and remanded for further proceedings. It appears to the court that the Pretrial Order entered in this case is no longer valid and should be vacated. The parties are directed to confer within twenty days and file an amended Certificate of Initial Attorney's Conference. The court will thereafter enter a new Pretrial Order in this matter.

    IT IS SO ORDERED.

**Signed: January 20, 2006**

Graham C. Mullen
Chief United States District Judge