IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CV277

| | |
|---|---|
| F. BARRON STONE,         ) | |
| )                         | |
|    Plaintiff,    ) | |
| )                         | |
| vs.                       ) | ORDER |
| )                         | |
| DUKE ENERGY CORPORATION,  ) | |
| DUKE ENERGY BUSINESS SERVICES ) | |
| (DEBS),                   ) | |
| )                         | |
|    Defendants.  ) | |
| _____) | |

    This matter is before the court upon its own motion. On August 8 and August 15, 2006, Plaintiff filed Notices of Partial Dismissal pursuant to Rule 41(a) dismissing Counts I and II of his Restated Complaint. The Notices did not state whether the dismissal was with or without prejudice. On August 24, Defendants made a motion to dismiss these counts *with prejudice*. The court entered an Order on August 24 notifying the Plaintiff that the court intends to grant the motion to dismiss Counts I and II with prejudice unless Plaintiff withdrew his Notices of Partial Dismissal within 10 days. Plaintiff did not withdraw his notices.

    IT IS THEREFORE ORDERED that Counts I and II of Plaintiff's Restated Complaint are hereby dismissed with prejudice,

                               Signed: October 18, 2006

                               Graham C. Mullen
                               United States District Judge