# United States District Court
# For The Western District of North Carolina
# Charlotte Division

F. Barron Stone,

    Plaintiff(s),

vs.

Duke Energy Corporation,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:04cv277

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/9/07 Order.

February 12, 2007

FRANK G. JOHNS, CLERK

BY: /s/ Cynthia Huntley

Cynthia Huntley, Deputy Clerk